UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED for extension to 1/13/17.==

UNITED STATES OF AMERICA )
)  No. 3:13-cr-00180
v. )
)  Judge Trauger
MICHAEL HAYWORTH )

## MOTION TO EXTEND TIME TO FILE REPLY BRIEF

The United States of America, by and through undersigned counsel, respectfully requests that the Government be allowed to file its reply brief by January 13, 2017. In support of this motion, undersigned counsel avers that on January 3, 2017, the Probation Office informed the defendant's attorney and undersigned counsel that the defendant reported to the Probation Office on this date and submitted a urine specimen which tested presumptively positive for marijuana. The Probation Office has submitted this specimen to the laboratory for confirmation and expects to have the results before January 13, 2017. Hence, the Government requests additional time to respond to the defendant's pending motion requesting an early termination of his term of supervised release.

Respectfully submitted,

DAVID RIVERA
UNITED STATES ATTORNEY

By: s/ Ahmed A. Safeeullah
Ahmed A. Safeeullah
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151

1