UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:13-cr-00180 |
| v. ) | |
| ) | Judge Trauger |
| MICHAEL HAYWORTH ) | |

**Motion GRANTED. Hearing reset to 4/10/17 at 3:30p.m.**

### GOVERNMENT'S MOTION TO CONTINUE REVOCATION HEARING

The government, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and Ahmed A. Safeeullah, Assistant United States Attorney, respectfully moves this Court to continue the supervised release revocation hearing currently scheduled for Tuesday, March 7, 2017 at 11:00 a.m. to a date after April 7, 2017. Undersigned counsel is set to begin a trial on the morning of March 7, 2017, before Chief Judge Kevin H. Sharp. Furthermore, the parties are discussing an appropriate resolution of the case and believe an additional 30 days will allow the parties time to reach an agreement. Counsel for the defendant, Ronald Small, has authorized the undersigned attorney to state to the Court that he does not oppose the government's motion to continue. WHEREFORE, the government respectfully requests that the Court GRANT this motion for a continuance.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

s/ *Ahmed A. Safeeullah*
AHMED A. SAFEEULLAH
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151